SEALED



FILED IN OPEN COURT
ON 1-26-16 BC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-22-1H (2)
NO. 5:16-CR-22-2H (2)
NO. 5:16-CR-22-3H (2)
NO. 5:16-CR-22-4H (2)
NO. 5:16-CR-22-5H (2)
NO. 5:16-CR-22-6H (2)
NO. 5:16-CR-22-7H (2)
NO. 5:16-CR-22-8H (2)
NO. 5:16-CR-22-9H (2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | |
| MOKHTAR ABDUL KAREM KHASHAFA | ) | |
| YOUSEF ABDULLA MOHAMED KAID | ) | |
| IBRAHIM ABDULLA KAIED | ) | |
| TAHA AL MONTASER | ) | |
| AHMED AL MONTASER | ) | |
| MOHAMMED NASSER ALI | ) | |
|   a/k/a "Mo" | ) | |
| JABBAR MAZAB | ) | |
|   a/k/a "Obaydah" | ) | |
| BASSAM SAAD | ) | |
|   a/k/a "Sam" | ) | |
| MUHAMMED LABBID AL HADDAWI | ) | |

The Grand Jury charges:

## COUNT ONE
### 18 U.S.C. § 371
### Conspiracy to Traffic in Contraband Cigarettes

Beginning no later than in or about March, 2015, and continuing until the date of this Indictment, in the Eastern District of North Carolina and elsewhere, the defendants, MOKHTAR ABDUL KAREM KHASHAFA, YOUSEF ABDULLA MOHAMED KAID, IBRAHIM ABDULLA KAIED, TAHA

AL MONTASER, AHMED AL MONTASER, MOHAMMED NASSER ALI (also known as "Mo"), JABBAR MAZAB (also known as "Obaydah"), BASSAM SAAD (also known as "Sam"), and MUHAMMED LABBID AL HADDAWI, did knowingly and intentionally conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to ship, transport, receive, possess, sell, distribute, and purchase "contraband cigarettes," as that term is defined in Title 18, United States Code, Section 2341(2), in violation of Title 18, United States Code, Section 2342(a).

## Object of the Conspiracy

The object of the conspiracy was to profit from the illegal sale of large quantities of cigarettes by purchasing them in North Carolina and then selling them in the State of New York and New York City without paying the much higher taxes that apply there. During the relevant time period, the North Carolina state excise tax was $0.45 per pack of 20 cigarettes, or $4.50 per carton of ten packs. The New York State excise tax was $4.35 per pack ($43.50 per carton), and the New York City excise tax was an additional $1.50 per pack ($15.00 per carton). The total combined excise tax for New York State and New York City was $5.85 per pack, or $58.50 per carton. By evading the New York State and New York City excise taxes, Defendants and their co-conspirators were able to sell the contraband cigarettes at a lower cost, and at a higher profit margin, than

2

competing cigarette sellers in New York who complied with federal and state law.

## Manner and Means of the Conspiracy

The conspiracy was carried out by various manner and means, including but not limited to the following:

1. Some of the defendants and co-conspirators owned or operated retail stores in North Carolina, which enabled them to make wholesale purchases of large quantities of cigarettes from wholesale dealers, far exceeding the quantities of cigarettes actually being sold at the stores to retail customers in North Carolina.

2. Various defendants and co-conspirators in New York would arrange for the purchase of contraband cigarettes from various defendants and co-conspirators in North Carolina, that is, cigarettes in quantities exceeding 10,000 (50 cartons containing 200 cigarettes per carton) which bore no evidence of the payment of applicable New York State and New York City excise taxes. New York State and New York City require that a stamp be placed on cigarette packaging to evidence the payment of such taxes.

3. Various defendants and co-conspirators would transport the contraband cigarettes in vehicles from North Carolina, either originating in, or traveling through, the Eastern District of North Carolina, to various storage locations in New York State and New York City.

Case 5:16-cr-00022-H    Document 1    Filed 01/26/16    Page 3 of 14

4. Various defendants and co-conspirators would apply counterfeit tax stamps to the cigarette packaging to create the false appearance that applicable New York State and New York City excise taxes had been paid.

5. Various defendants and co-conspirators would utilize retail stores, residences, and rented storage facilities in North Carolina and New York to store the contraband cigarettes and to affix counterfeit tax stamps.

6. Various defendants and co-conspirators would pay for the contraband cigarettes in cash, or by making deposits to bank accounts in amounts less than $10,000, so as to avoid detection and financial reporting requirements.

7. Various defendants and co-conspirators would collect cash payments for the contraband cigarettes in New York and transport the cash to North Carolina.

8. Various defendants and co-conspirators would occasionally rent vehicles to transport contraband cigarettes from North Carolina to New York.

## Overt Acts

In furtherance of the conspiracy, and to effect the object thereof, the Defendants and other co-conspirators, known and unknown, performed overt acts in the Eastern District of North Carolina and elsewhere beginning no later than on or about March 29,

4

2015, and continuing to the date of this Indictment, including but not limited to the following:

1. Defendants MOKHTAR ABDUL KAREM KHASHAFA, YOUSEF ABDULLA MOHAMED KAID, IBRAHIM ABDULLA KAIED, and TAHA AL MONTASER, all of whom operated retail stores in North Carolina, acquired cigarettes from tobacco wholesalers in North Carolina for transportation to, and sale in, New York. These defendants, along with other co-conspirators, would provide cigarettes to couriers, including defendant MUHAMMED LABBID AL HADDAWI. The cigarettes would either be sold directly to the couriers, who would re-sell the cigarettes to purchasers in New York, or the couriers would be paid to transport the cigarettes to New York and bring the cash payments back to North Carolina.

2. Defendants AHMED AL MONTASER, MOHAMMED NASSER ALI (a/k/a "Mo"), JABBAR MAZAB (a/k/a "Obaydah"), and BASSAM SAAD (a/k/a "Sam"), along with other co-conspirators, purchased the contraband cigarettes delivered from North Carolina, and received them at various locations in New York.

3. From on or about June 15, 2015 through on or about August 1, 2015, defendant MOKHTAR ABDUL KAREM KHASHAFA sold a total of approximately 4111 cartons of contraband cigarettes to purchasers and co-conspirators in New York, including defendants MOHAMMED

5

NASSER ALI (a/k/a "Mo"), JABBAR MAZAB (a/k/a "Obaydah"), and BASSAM SAAD (a/k/a "Sam").

4.     From on or about August 22, 2015, through on or about January 21, 2016, defendant YOUSEF ABDULLA MOHAMED KAID sold a total of approximately 14,388 cartons of contraband cigarettes to defendant MUHAMMED LABBID AL HADDAWI and to a cooperating government witness, knowing and intending that the contraband cigarettes would be transported to and sold in New York.

5.     From on or about September 29, 2015, through on or about November 3, 2015, defendant TAHA AL MONTASER sold a total of approximately 2690 cartons of contraband cigarettes to defendant MUHAMMED LABBID AL HADDAWI and to a cooperating government witness, knowing and intending that the contraband cigarettes would be transported to and sold in New York.

6.     From on or about October 8, 2015, through on or about January 21, 2016, defendant IBRAHIM ABDULLA KAIED sold a total of approximately 4841 cartons of contraband cigarettes to defendant MUHAMMED LABBID AL HADDAWI and to a cooperating government witness, knowing and intending that the contraband cigarettes would be transported to and sold in New York.

7.     From on or about June 15, 2015, through on or about June 30, 2015, defendant MOHAMMED NASSER ALI (a/k/a "Mo") purchased and

6

received approximately 2501 cartons of contraband cigarettes in Brooklyn, New York.

8. From on or about June 18, 2015, through on or about December 3, 2015, defendant BASSAM SAAD (a/k/a "Sam"), purchased and received approximately 1900 cartons of contraband cigarettes in Syracuse, New York.

9. From on or about July 15, 2015, through on or about October 10, 2015, defendant JABBAR MAZAB (a/k/a "Obaydah"), purchased and received approximately 2132 cartons of contraband cigarettes in Brooklyn, New York.

10. From on or about September 22, 2015, through on or about January 21, 2016, defendant AHMED AL MONTASER purchased and received approximately 13,045 cartons of contraband cigarettes in Staten Island, New York and Brooklyn, New York.

11. From on or about July 27, 2015, through on or about January 21, 2016, defendant MUHAMMED LABBID AL HADDAWI participated, with a cooperating government witness, in purchasing and receiving approximately 18,891 cartons of contraband cigarettes in North Carolina from Defendants MOKHTAR ABDUL KAREM KHASHAFA, YOUSEF ABDULLA MOHAMED KAID, IBRAHIM ABDULLA KAIED, and TAHA AL MONTASER, and in transporting the contraband cigarettes to various locations in New York, and in selling the contraband cigarettes to various

7

purchasers in New York, including Defendants AHMED AL MONTASER, JABBAR MAZAB (a/k/a "Obaydah"), and BASSAM SAAD (a/k/a "Sam"). *66*

12. From on or about June 15, 2015 to *on* or about January 16, 2016, *LRH 1-26-16* the Defendants and other co-conspirators shipped, transported, received, possessed, sold, distributed, and purchased a total of approximately 22,205 cartons of contraband cigarettes, resulting in a total tax loss to the State and City of New York of approximately $1,224,947.50.

All in violation of Title 18, United States Code, Section 371.

### COUNTS TWO THROUGH FORTY-TWO
### 18 U.S.C. §§ 2342(a), 2344(a) and 2
### Trafficking in Contraband Cigarettes; Aiding and Abetting

On or about each of the dates set forth below, in the Eastern District of North Carolina and elsewhere, each of the named defendants listed below did knowingly ship, transport, receive, possess, sell, distribute, and purchase "contraband cigarettes," as that term is defined in Title 18, United States Code, Section 2341(2), and did aid and abet each of the other named defendants listed in each count in so doing, and others known and unknown to the Grand Jury:

| COUNT | DATE OF OFFENSE | DEFENDANTS |
|---|---|---|
| 2 | June 15, 2015 | MOKHTAR ABDUL KAREM KHASHAFA MOHAMMED NASSER ALI (a/k/a "Mo") |
| 3 | June 16, 2015 | MOKHTAR ABDUL KAREM KHASHAFA MOHAMMED NASSER ALI (a/k/a "Mo") |

8

| | | |
|---|---|---|
| 4 | June 18, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>BASSAM SAAD (a/k/a "Sam") |
| 5 | June 20, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>MOHAMMED NASSER ALI (a/k/a "Mo") |
| 6 | June 24, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>MOHAMMED NASSER ALI (a/k/a "Mo") |
| 7 | June 28, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>MOHAMMED NASSER ALI (a/k/a "Mo") |
| 8 | June 30, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>MOHAMMED NASSER ALI (a/k/a "Mo") |
| 9 | July 15, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>JABBAR MAZAB (a/k/a "Obaydah") |
| 10 | July 27, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
| 11 | August 1, 2015 | MOKHTAR ABDUL KAREM KHASHAFA<br>MUHAMMED LABBID AL HADDAWI |
| 12 | August 22, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>BASSAM SAAD (a/k/a "Sam") |
| 13 | September 5, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
| 14 | September 15, 2015 | BASSAM SAAD (a/k/a "Sam")<br>MUHAMMED LABBID AL HADDAWI |
| 15 | September 20, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>MUHAMMED LABBID AL HADDAWI |
| 16 | September 22, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
| 17 | September 29, 2015 | TAHA AL MONTASER<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |

9

| 18 | October 1, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
|----|----|----|
| 19 | October 5, 2015 | TAHA AL MONTASER<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 20 | October 8, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
| 21 | October 10, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>JABBAR MAZAB (a/k/a "Obaydah")<br>MUHAMMED LABBID AL HADDAWI |
| 22 | October 17, 2015 | IBRAHIM ABDULLA KAIED<br>TAHA AL MONTASER<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 23 | October 21, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>MUHAMMED LABBID AL HADDAWI |
| 24 | October 22, 2015 | TAHA AL MONTASER<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 25 | October 27, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 26 | November 3, 2015 | TAHA AL MONTASER<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 27 | November 7, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |

Case 5:16-cr-00022-H     Document 1     Filed 01/26/16     Page 10 of 14

| 28 | November 13, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
|---|---|---|
| 29 | November 17, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 30 | November 24, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 31 | December 1, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 32 | December 3, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>BASSAM SAAD (a/k/a "Sam")<br>MUHAMMED LABBID AL HADDAWI |
| 33 | December 5, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 34 | December 9, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 35 | December 12, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 36 | December 17, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 37 | December 23, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 38 | December 27, 2015 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |

11

| 39 | January 6, 2016 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
|---|---|---|
| 40 | January 12, 2016 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 41 | January 16, 2016 | YOUSEF ABDULLA MOHAMED KAID<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |
| 42 | January 21, 2016 | YOUSEF ABDULLA MOHAMED KAID<br>IBRAHIM ABDULLA KAIED<br>AHMED AL MONTASER<br>MUHAMMED LABBID AL HADDAWI |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 2342(a), 2344(a) and 2.

12

## FORFEITURE NOTICE

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), as made applicable by Title 28, United States Code, Sections 2461(c), Defendants are hereby given notice that all of Defendants' interest in all property specified herein is subject to forfeiture.

As a result of the offenses charged in Counts One through Forty-Two, Defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, any proceeds traceable to the said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of Defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

13

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

The forfeitable property includes, but is not limited to:

1. A money judgment in the amount of $1,224,947.50, representing the proceeds of the offenses set forth in Counts 1 through 41.

2. Real property located at 1823 Sullivan Road, Thomasville, North Carolina;

3. Real property located at 170 Freedom Avenue, Staten Island, New York;

4. 2014 Lexus GS350, Vehicle Identification Number JTHCE1BL6E5022718, bearing New York registration GNR7060;

5. 2015 Lincoln MKX, Vehicle Identification Number 2LMDJ8JK5FBL32777, bearing New York registration GWB6133;

6. 2015 Ford F150, Vehicle Identification Number 1FTEW1EG4FFC17976, bearing New York registration HAM6213;

A TRUE BILL,

/ FOREPERSON

DATE: 1-26-16

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

JOHN STUART BRUCE
Acting United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney

14