IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-22-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOKHTAR ABDUL KAREM | ) | |
| KHASHAFA, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 110) for the reopening of his detention hearing and for reconsideration of the court's 8 February 2016 order of detention pending trial (D.E. 82). The government shall file its response to the motion no later than Thursday, 25 February 2016. The court will hold a hearing on defendant's motion on Monday, 29 February 2016, at 1:00 p.m. in the Sixth Floor Courtroom in the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. Counsel for the parties are directed to attend. They shall be prepared to present such additional evidence they wish the court to consider on the issue of defendant's pretrial detention. Defendant shall also be present.

SO ORDERED, this 18th day of February 2016.

James E. Gates
United States Magistrate Judge