IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-22-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MOKHTAR ABDUL KAREM KHASHAFA | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement by the defendant, Mokhtar Abdul Karem Khashafa, on March 14, 2017, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C), to wit:

**REAL PROPERTY**

> Real property located at 1823 Sullivan Road, Thomasville, North Carolina; and
>
> All rights under the Contract to Sell and Purchase Real Estate dated January 9, 2014.

**PERSONAL PROPERTY**

> $18,448 in United States currency seized from MOKHTAR ABDUL KAREM KHASHAFA on or about February 3, 2016, and
>
> $10.00 in United States currency seized from MOKHTAR ABDUL KAREM KHASHAFA on or about February 3, 2016;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement the United States is now entitled to possession of said

property, pursuant to 18 U.S.C. § 981 (a)(1)(C), as allowed by Fed. R. Crim. P. 32.2 (c)(2);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Mokhtar Abdul Karem Khashafa, the United States is hereby AUTHORIZED to seize the above-stated real and personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. With regard to the real and personal property, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, the United States Department of Treasury, or the Director of the U. S. Department of Homeland Security directs, by publishing and sending notice in the same manner as in civil forfeiture cases,

as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 20th day of April 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge