UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-22-H-1

UNITED STATES OF AMERICA

v.

MOKHTAR KHASHAFA

ORDER

Before the court is Defendant's motion to file docket entry number 385 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in defendant's motion, the court finds good cause exists.

Accordingly, the motion is ALLOWED and docket entry number 385 shall be filed under seal.

SO ORDERED.

This the 6th day of July 2017.

Malcolm J. Howard
Senior United States District
Judge