UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-22-H-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MOKHTAR KHASHAFA | |

This matter comes before the Court on the Defendant's unopposed motion to authorize Mr. Khashafa to travel to visit his wife and children in Dearborn, Michigan pending his order to surrender to the Bureau of Prisons to serve his sentence.

For the reasons stated in Defendant's motion, the Court finds that the motion should be GRANTED.

Accordingly, the Defendant is authorized to travel to Dearborn, Michigan to visit his wife and children, subject to any reasonable conditions imposed by the United States Probation Office.

SO ORDERED.

This the 15th day of August 2017.

Malcolm J. Howard
Senior United States District Judge