IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-22-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MOKHTAR ABDUL KAREM KHASHAFA | ) |

**CONSENT ORDER AS TO PETITIONERS MITCHELL D. KEY**

**AND WENDI F. KEY**

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement constitutes the full and complete record of this agreement of this matter. There are no other terms of this agreement in addition to or different from the terms contained herein.

It is, therefore,

ORDERED that the real property located at located at 1823 Sullivan Road, Thomasville, North Carolina, and legally described in Deed Book 1123, Page 633 of the Davidson County Registry, is released from this criminal forfeiture action, on the terms and conditions stated in the Settlement Agreement. It is further

1

ORDERED that Mitchell D. Key and Wendi F. Key pay to the United States the sum of $135,000, on sale of the subject real property and, in no event, later than one year from the date of the Settlement Agreement executed by the parties, in lieu of the forfeiture of the subject real property to the United States.

IT IS FURTHER ORDERED that the $135,000 is forfeited to the United States, to be disposed of according to law. Payment shall be made by bank check, money order, or other secure funds payable to the "United States Department of Justice" and mailed to the United States Attorney's Office.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

SO ORDERED this 2nd day of March, 2017.

MALCOLM J. HOWARD
Senior United States District Judge

Consented to by:

STEPHEN A. WEST
Attorney for United States of America

ROY L. MCDONALD, II
Attorney for Petitioners, Mitchell D. Key and Wendi F. Key