IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-22-1H

UNITED STATES OF AMERICA )
)
v. )
)
MOKHTAR ABDUL KAREM KHASHAFA )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 20, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28 U.S.C. § 2461, based upon the defendant pleading guilty to 18 U.S.C. § 371 and agreeing to the forfeiture of the property listed in the April 20, 2017 Preliminary Order of Forfeiture, to wit:

**REAL PROPERTY**

Real property located at 1823 Sullivan Road, Thomasville, North Carolina; and

Real property located at 170 Freedom Avenue, Staten Island, New York.

**PERSONAL PROPERTY**

$18,448 in United States currency seized from MOKHTAR ABDUL KAREM KHASHAFA on or about February 3, 2016;

$10.00 in United States currency seized from MOKHTAR ABDUL KAREM KHASHAFA on or about February 3, 2016;

1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 10, 2017 and April 8, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's April 20, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, on March 2, 2018, this Court entered a Consent Order as to Petitioners Mitchell D. Key and Wendi F. Key ordering that the real property located at located at 1823 Sullivan Road, Thomasville, North Carolina, and legally described in Deed Book 1123, Page 633 of the Davidson County Registry, is released from this criminal forfeiture action, on the terms and conditions stated in the Settlement Agreement. This Court further ordered that Mitchell D. Key and Wendi F. Key pay to the United States the sum of $135,000, on sale of the subject real property and, in no event, later than one year from

2

the date of the Settlement Agreement executed by the parties, in lieu of the forfeiture of the subject real property to the United States. In addition, this Court ordered that the $135,000 is forfeited to the United States, to be disposed of according to law;

AND WHEREAS, the United States advised the Court that it is not pursuing judicial forfeiture as to the subject real property described above as: Real property located at 170 Freedom Avenue, Staten Island, New York.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject real property described above as: Real property located at 170 Freedom Avenue, Staten Island, New York is released from this criminal forfeiture action.

2. That the subject currency listed in the April 20, 2017 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the currency according to law.

3. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 24 day of May, 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE